AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Amie Tatum

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-271

William G. Ellien

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of September 24, 2014, judgment is entered dismissing this case without prejudice.

September 24, 2014  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03